IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF ARIZONA

| United States of America | *PETTY* |
| | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **Maria Isabel Santiago-De La Luz** | No. 17-00328MJ-001-PHX-MHB |
| | Elisse Marie Larouche (FPD) |
| | Attorney for Defendant |

**USM#: 29088-308**

**THE DEFENDANT ENTERED A PLEA OF** guilty on 8/18/2017 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(2), Alien Eluding Examination and Inspection of Immigration Officers of the United States, a Class B Petty offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **ONE HUNDRED FIFTY (150) DAYS**, with credit for time served.

**IT IS ORDERED** that all remaining counts are dismissed on motion of the United States.

                         **CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED    **FINE:** WAIVED    **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Friday, August 18, 2017**
        Dated this 21st day of August, 2017

                                                    _____
                                                    Honorable Michelle H. Burns
                                                    United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

_____, the institution
defendant delivered on _____ to _____ at _____
designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                          By:       Deputy Marshal